# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT
# CIVIL APPEAL STATEMENT

*Please TYPE.  Attach additional pages if necessary.*   **11th Circuit Docket Number:** _____

**Caption:**

**District and Division:** _____
**Name of Judge:** _____
**Nature of Suit:** _____
**Date Complaint Filed:** _____
**District Court Docket Number:** _____
**Date Notice of Appeal Filed:** _____
  Cross Appeal    Class Action
**Has this matter previously been before this court?**
  Yes    No
**If Yes, provide**
(a)  Caption: _____
(b)  Citation: _____
(c)  Docket Number: _____

|  | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| **For Appellant:** Plaintiff / Defendant / Other (Specify) | | | |
| **For Appellee:** Plaintiff / Defendant / Other (Specify) | | | |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| FederalQuestion | Final Judgment, 28 USC 1291 | Dismissal/Jurisdiction | **Amount Sought by Plaintiff:** $_____ |
| Diversity | Interlocutory Order, 28 USC 1292(a)(1) | Default Judgment | **Amount Sought by Defendant:** $_____ |
| US Plaintiff | Interlocutory Order Certified, 28 USC 1292(b) | Summary Judgment | **Awarded:** $_____ |
| US Defendant | Interlocutory Order, Qualified Immunity | Judgment/Bench Trial | to _____ |
|  | Final Agency Action (Review) | Judgment/Jury Verdict | **Injunctions:** TRO |
|  | 54(b) | Judgment/DirectedVerdict/NOV | Preliminary    Granted |
|  |  | Injunction | Permanent    Denied |
|  |  | Other _____ |  |

**Based on your present knowledge:**

(1) Does this appeal involve a question of First Impression?     Yes     No
What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute?     Yes     No

   If Yes, provide
   (a) Case Name/Statute _____
   (b) Citation _____
   (c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
   (a) Arises from substantially the same case or controversy as this appeal?     Yes     No
   (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?     Yes     No

   If Yes, provide
   (a) Case Name _____
   (b) Citation _____
   (c) Docket Number if unreported _____
   (d) Court or Agency _____

(4) Will this appeal involve a conflict of law
   (a) Within the Eleventh Circuit?     Yes     No
   (b) Among circuits?     Yes     No

   If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

**I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS _____ DAY OF _____, _____.**

_____                    _____
              **NAME OF COUNSEL (Print)**                                             **SIGNATURE OF COUNSEL**