# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 05, 2024

Travis Cashbaugh
Seyfarth Shaw, LLP
1075 PEACHTREE ST NE STE 2500
ATLANTA, GA 30309

Brian Stephen Goldberg
Freeman Mathis & Gary, LLP
100 GALLERIA PKWY SE STE 1600
ATLANTA, GA 30339-5948

Leo Kogan
Freeman Mathis & Gary, LLP
100 GALLERIA PKWY SE STE 1600
ATLANTA, GA 30339-5948

Alan C. Manheim
Alan C. Manheim LLC
25 Alexander ST STE 3
MARIETTA, GA 30060

Appeal Number: 24-11939-C
Case Style: Mobile Healthcare Facilities, LLC v. Avante Health Solutions
District Court Docket No: 1:21-cv-04038-SEG

## DISMISSAL NOTICE

Pursuant to 11th Cir. R. 42-1(b), **this appeal will be dismissed without further notice upon the expiration of 14 days from the date of this notice** unless:

The appellant files **BOTH** (1) a Civil Appeal Statement **AND** (2) a Motion to File Documents Out of Time. See 11th Cir. R. 33-1(a).

Note to Counsel: 11th Cir. R. 42-1(b) provides that "If an appellant is represented by appointed counsel, the clerk may refer the matter to the court for possible disciplinary action against counsel in lieu of dismissal." Eleventh Circuit IOP 1 to FRAP 26 provides that "Failure to

timely file required documents . . . may result in possible disciplinary action against counsel as described in Addendum Eight."

Clerk's Office Phone Numbers
| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

CAS-3 CAS overdue