COURT OF APPEALS DOCKET NO. 24-11939

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

MOBILE HEALTHCARE FACILITIES, LLC,

Appellant,

v.

AVANTE HEALTH SOLUTIONS,

Appellee.

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
CIVIL ACTION FILE NUMBER 1:21-CV-04038-SEG

_____

APPELLANT'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT

_____

SUBMITTED BY:

Brian S. Goldberg
FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
(404) 366-1000

Attorneys for Appellant

In compliance with Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1, 26.1-2, and 26.1-3, counsel for Appellee shows that the following trial judge(s), attorneys, persons, associations of persons, firms, partnerships, and corporations have an interest in the outcome of this appeal:

1. Kyle D. Affeldt (Member-Manager of Plaintiff-Appellant Mobile Healthcare Facilities, LLC ("MHF"))

2. Marlin Anderson (Member-Manager of Plaintiff-Appellant MHF)

3. Freeman Mathis & Gary, LLP (Attorneys for Plaintiff-Appellant MHF)

4. Brian S. Goldberg (Attorney for Plaintiff-Appellant MHF)

5. Leo Kogan (Attorney for Plaintiff-Appellant MHF)

6. Alan C. Manheim (Attorney for Plaintiff-Appellant MHF)

7. Dentons US, LLP (Attorneys for Defendant-Appellee Avante Health Solutions ("Avante"))

8. Shannon Y. Shin (Attorney for Defendant-Appellee Avante)

9. Sarah E. Trevino (Attorney for Defendant-Appellee Avante)

10. Sarah Hanna Phillips (Attorney for Defendant-Appellee Avante)

11. Shannon Y. Shin (Attorney for Defendant-Appellee Avante)

12. Polsinelli PC (Attorneys for Defendant-Appellee Avante)

13. Christopher Ward (Attorney for Defendant-Appellee Avante)

14. James Martin (Attorney for Defendant-Appellee Avante)

15. The Honorable Sarah E. Geraghty (United States District Judge for the Northern District of Georgia)

Respectfully Submitted,

**FREEMAN MATHIS & GARY, LLP**

*/s/ Brian S. Goldberg*
Brian S. Goldberg
brian.goldberg@fmglaw.com
Georgia Bar No. 128007

*Attorneys for Plaintiff-Appellant*
*Mobile Healthcare Solutions, LLC*

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
T: (770) 818-0000
F: (833) 330-3669