# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| David J. Smith<br>Clerk of Court | For rules and forms visit<br>www.ca11.uscourts.gov |

July 22, 2024

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 24-11939-CC
Case Style: Mobile Healthcare Facilities, LLC v. Avante Health Solutions
District Court Docket No: 1:21-cv-04038-SEG

## BRIEFING NOTICE

Briefing and Appendix Deadlines
Pursuant to 11th Cir. R. 31-1(a), the appellant's brief is due **August 28, 2024**. The appendix is due 7 days after the appellant's brief is filed. An incarcerated pro se party is not required to file an appendix.

The appellee's brief is due within 30 days after the service of the last appellant's brief. The appellant's reply brief, if any, is due within 21 days after the service of the last appellee's brief. This is the only notice you will receive regarding the due date for briefs and appendices.

Form
Please see FRAP 32(a) and the corresponding circuit rules for information on the form of briefs and FRAP 32(b) and 11th Cir. Rules 30-1 and 30-2 for information on the form of appendices.

Paper Copies
All parties must file 4 briefs in paper. Parties must file 2 appendices in paper, except that pro se parties proceeding in forma pauperis must file only 1 appendix in paper and incarcerated pro se parties are not required to file an appendix.

Use of the ECF system does not modify the requirement that filers must also provide to the Court 4 paper copies of the brief and the required number of paper copies of the appendix. See 11th Cir. Rules 30-1(d) and 31-3. ECF filers will be considered to have complied with this requirement if, on the day the electronic brief or appendix is filed, the filer sends the paper copies to the clerk using one of the methods outlined in FRAP 25(a)(2)(A)(ii).

Appearance of Counsel
If you have not entered your appearance in this appeal, please note that the clerk generally may

not process your filings. See 11th Cir. R. 46-6. [Appearance of Counsel Forms](#) are available on the Court's Web site. Appointed counsel are not required to file an appearance form.

Certificate of Interested Persons and Corporate Disclosure Statement ("CIP")
Every brief must contain a CIP. See FRAP 26.1 and the accompanying circuit rules. The failure to comply with 11th Cir. Rules 26.1-1 through 26.1-4 may result in dismissal of the case or appeal under 11th Cir. R. 42-1(b), no action taken on deficient documents, or other sanctions on counsel, the party, or both. See 11th Cir. R. 26.1-5(c).

Brief Compliance Check Program
The Brief Compliance Check Program automatically checks briefs for compliance with the Federal Rules of Appellate Procedure and Eleventh Circuit Rules when they are filed electronically and identifies critical deficiencies that may need to be corrected. To check a brief before filing, select "Check PDF Document" under the Utilities tab on the main CM/ECF page, then select "Check pleading for Compliance with FRAP and Local Rules," enter the case number, select the type of brief being checked, and upload the brief.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |