No. 24-11939

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

MOBILE HEALTHCARE FACILITIES, LLC,

*Appellant,*

and

AVANTE HEALTH SOLUTIONS,

*Appellee,*

Appeal from the United States District Court
for the Northern District of Georgia
No: 1:21-cv-04038

# MOTION TO WITHDRAW AS COUNSEL FOR APPELLEE
# AVANTE HEALTH SOLUTIONS

109529081.3

Counsel for Appellee Avante Health Solutions ("Avante"), Gwendolyn J. Godfrey and the law firm of Polsinelli PC ("Polsinelli Counsel"), move this Court to enter an order allowing their withdrawal as counsel of record for Avante. In further support, Counsel states the following:

1. This appeal (the "Appeal") was filed on June 11, 2024.

2. On August 28, 2024, Avante's counsel filed an unopposed motion to withdraw, and Polsinelli Counsel became the sole counsel of record to Avante.

3. On October 8, 2024 (the "Petition Date"), before any briefing was submitted in the Appeal, Avante filed a petition (the "Bankruptcy Case")[1] under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

4. The automatic stay imposed by Section 362 of the Bankruptcy Code immediately stayed the Appeal. The Appeal has remained stayed

---

[1] The Bankruptcy Case is being jointly administered under the caption *In re Jordan Health Prods. I, Inc.*, Case No. 24-12271 pending before the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). All citations to the Bankruptcy Case are in the form Bankr. Docket No. __.

109529081.3

since the Petition Date, and no briefing has been submitted in the Appeal. Nor is there a current briefing schedule.[2]

5. On June 24, 2025, the Bankruptcy Court entered an order converting the Bankruptcy Case to Chapter 7. *See* Bankr. Docket No. 517. Shortly thereafter, the Bankruptcy Court appointed Jeoffrey Burtch as Chapter 7 Trustee. *See* Bankr. Docket No. 519. As a result, Avante has limited authority to act independently of the Chapter 7 Trustee, including in this Appeal. More specifically, Avante cannot pay for any post-petition legal services unless the attorney(s) are employed and authorized to do so by the Chapter 7 Trustee pursuant to Section 327 of the Bankruptcy Code. *See Lamie v. U.S. Trustee*, 540 U.S. 526, 533-538 (2024).

6. The Chapter 7 Trustee has indicated that he will not retain Polsinelli Counsel in this Appeal and does not intend to retain another law firm to represent Avante.

---

[2] Notwithstanding the stay, Polsinelli Counsel has submitted a series of status reports to this Court discussing the status of the Bankruptcy Case, the most recent of which was filed on January 16, 2026. *See* Docket No. 46.

109529081.3

7. The Chapter 7 Trustee has communicated to Polsinelli that he has no objection to the withdrawal of Polsinelli Counsel from this Appeal.

8. Polsinelli Counsel has notified counsel for Appellant of this request to withdraw.

WHEREFORE, Polsinelli Counsel respectfully requests that the Court grant this Motion to Withdraw.

This 10th day of March 2026.

By /s/ *Gwendolyn J. Godfrey*
GWENDOLYN J. GODFREY, #
POLSINELLI PC
1201 West Peachtree Street, Suite 1100
Atlanta, GA 30309
Telephone:(404) 253-6000
Facsimile: (404) 253-6060

*Attorneys for Appellee*
*Avante Health Solutions*

109529081.3

# CERTIFICATE OF COMPLIANCE

This Motion complies with the type-face requirements of Federal Rule of Appellate Procedure 32(c) and the type-style requirements of Federal Rule of Appellate Procedure 32, as mandated by Federal Rule of Appellate Procedure 27(d)(1)(E). The Motion has been prepared in 14-point Century Schoolbook, which is a proportionally spaced font that includes serifs.

This Motion complies with the type-volume limitations in Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 593 words

/s/ *Gwendolyn J. Godfrey*
Gwendolyn J. Godfrey

109529081.3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on March 10, 2026, I electronically filed the foregoing document with the clerk of Court using the CM/ECF filing system, which will automatically send e-mail notifications of such filing to the following attorneys of record

Brian S. Goldberg
Buchalter LLP
3475 PIEDMONT RD NE STE 1100
ATLANTA, GA 30305

Leo Kogan
Maynard Nexsen PC
1275 PEACHTREE ST NE STE 550
ATLANTA, GA 30309

Alan C. Manheim
Alan C. Manheim, LLC
25 Alexander Street
Suite 3
Marietta, GA 30060

*/s/ Gwendolyn J. Godfrey*_____
Gwendolyn J. Godfrey

1

109529081.3