# In the
# United States Court of Appeals
## For the Eleventh Circuit

---

No. 24-11939

---

MOBILE HEALTHCARE FACILITIES, LLC,

*Plaintiff-Appellant,*

*versus*

AVANTE HEALTH SOLUTIONS,

*Defendant-Appellee.*

---

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-cv-04038-SEG

---

ORDER:

Attorney Gwendolyn J. Godfrey's "Motion to Withdraw as Counsel for Appellee Avante Health Solutions," requesting that she and the law firm of Polsinelli PC (collectively, "Polsinelli Counsel") be granted leave to withdraw as counsel for Appellee, is GRANTED.

Polsinelli Counsel is DIRECTED, within fourteen (14) days of the date of this Order, to provide a copy of this Order to

Appellee, to provide notice to the Court that the Order has been provided, and to provide the Court with Appellee's last known address.

Should new counsel not appear on behalf of Appellee, Appellee will not be permitted to participate in this appeal. *See Palazzo v. Gulf Oil*, 764 F.2d 1381, 1385 (11th Cir. 1985) (a corporation or other artificial entity must be represented by a licensed attorney in this Court).

The "Motion to Withdraw as Counsel for Mobile Healthcare Facilities, LLC," filed by attorneys Brian S. Goldberg, Leo Kogan, and Alan C. Manheim, is GRANTED. Counsel is DIRECTED, within fourteen (14) days of the date of this Order, to provide a copy of this Order to Appellant, to provide notice to the Court that the Order has been provided, and to provide the Court with Appellant's last known address.

Should new counsel not appear on behalf of Appellant within ninety (90) days of the lifting of the stay of this appeal, the Clerk's Office is DIRECTED to dismiss the appeal for want of prosecution without further notice. *See id.*

This appeal REMAINS STAYED, pending further order of the bankruptcy court and this Court.

/s/ Nancy G. Abudu
UNITED STATES CIRCUIT JUDGE