COURT OF APPEALS DOCKET NO. 24-11939

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

MOBILE HEALTHCARE FACILITIES, LLC,

Appellant,

v.

AVANTE HEALTH SOLUTIONS,

Appellee.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
CIVIL ACTION FILE NUMBER 1:21-CV-04038-SEG

**CERTIFICATE OF SERVICE**

SUBMITTED BY:

Gwendolyn J. Godfrey
POLSINELLI PC
1201 W. Peachtree St. NW
Suite 1100
Atlanta, GA 30309
(404) 253-6025
ggodfrey@polsinelli.com
*Prior Counsel for the Appellee*

1

Gwendolyn J. Godfrey with the law firm Polsinelli PC, as prior counsel in this matter on behalf of Appellee Avante Health Solutions ("Appellee") and hereby files this Certificate of Service stating as follows:

1. On April 16, 2026, my office e-mailed a copy of the April 15, 2026, Order upon the Trustee and Trustee's counsel.

2. On April 27, 2026, my office mailed a true and correct copy of the April 15, 2026, Order upon the Appellee, Appellant's counsel, and the Chapter 7 Trustee of Avante Health Solutions via U.S. Mail with adequate postage thereto.

3. I further provide notice to the Court that Appellee Avante Health Solutions, can be served with future correspondence in care of the Chapter 7 Trustee at the following address:

Jeoffrey L. Burtch
P.O. Box 549
Wilmington, DE 19899

110810313.1

Dated:     April 27, 2026        Respectfully submitted,

**POLSINELLI P.C.**

 /s/ *Gwendolyn J. Godfrey*
Gwendolyn J. Godfrey
Georgia Bar No. 153004
One Atlantic Center, #1100
1201 W. Peachtree St., N.W.
Atlanta, Georgia 30309
Tel: (404) 253-6000
Email: *ggodfrey@polsinelli.com*

*Prior Counsel for Appellee*

110810313.1

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on the 27th day of April 2026, I caused to be served a true and correct copy of the foregoing *Certificate of Service* upon counsel via e-mail, and by U.S. Mail, with pre-paid postage to the following:

Avante Health Solutions
1040 Derita Road, Suite A
Concord, NC 28027
*Appellee*

Avante Health Solutions
c/o Registered Agent
Corporate Service Company
251 Little Falls Drive
Wilmington, DE 19808
*Appellee*

Hannah J McCollum
DOJ-UST
844 King St., Suite 2207
Lockbox 35
Wilmington, DE 19801
hannah.mccollum@usdoj.gov
*U.S. Trustee*

Leo Kogan
Maynard Nexsen PC
1275 Peachtree St. NE, Ste. 550
Atlanta, GA 30309
lkogan@maynardnexsen.com
*Counsel for Appellant*

Brian S. Goldberg
Buchalter LLP
3475 Piedmont Rd NE, Ste. 1100
Atlanta, GA 30305
bgoldberg@buchalter.com
*Counsel for Appellant*

Alan C. Manheim
Alan C. Manheim, LLC
25 Alexander Street, Suite 3
Marietta, GA 30060
alan@acmlaw.net
*Counsel for Appellant*

Jeoffrey L. Burtch
P.O. Box 549
Wilmington, DE 19899
*Trustee*

110810313.1

POLSINELLI PC

/s/ *Gwendolyn J. Godfrey*
Gwendolyn Godfrey (GA Bar No. 153004)
1201 West Peachtree Street, N.W., Ste 1100
Atlanta, Georgia 30309
Telephone: (404) 253-6000

110810313.1

<u>**CERTIFICATE OF COMPLIANCE**</u>

In compliance with Federal Rule of Appellate Procedure 32(g)(1), counsel for Appellee certifies the following:

1. This document complies with the type-volume and word limit of Fed. R. App. P. 32(c)(2) and 32(a) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 190 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word Version 2407 in Size 14 of Times New Roman.

Dated: April 27, 2026.

Respectfully submitted,

POLSINELLI PC

/s/ *Gwendolyn J. Godfrey*
Gwendolyn J. Godfrey
Georgia Bar No. 153004
1201 West Peachtree Street, N.W.
Suite 1100
Atlanta, Georgia 30309
Telephone: (404) 253-6000
Email: *ggodfrey@polsinelli.com*

*Prior Counsel for Appellee*

110810313.1